*E-Filed 8/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RICHARD MARTINEZ, | No. C 12-6403 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G. PIMENTEL, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 7) is GRANTED. Defendants shall file a dispositive motion, or notice regarding such motion, on or before October 15, 2013. The Clerk shall terminate Docket No. 7

**IT IS SO ORDERED**.

DATED: August 7, 2013

_____
RICHARD SEEBORG
United States District Judge