*E-Filed 8/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN RICHARD MARTINEZ,

        Plaintiff,

    v.

G. PIMENTEL, et al.,

        Defendants.

_____/

No. C 12-6403 RS (PR)

**ORDER EXTENDING TIME**

    Defendants' motion to extend time to file a dispositive motion (Docket No. 7) is GRANTED. Defendants shall file a dispositive motion, or notice regarding such motion, on or before October 15, 2013. The Clerk shall terminate Docket No. 7

    **IT IS SO ORDERED**.

DATED: August 7, 2013

_____
RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California