UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RICHARD MARTINEZ, | No. C 12-6403 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G. PIMENTEL, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 18) is GRANTED. Plaintiff shall file his opposition on or before January 17, 2014. The Clerk shall terminate Docket No. 18.

**IT IS SO ORDERED**.

DATED: December 3, 2013

RICHARD SEEBORG
United States District Judge