UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>G. PIMENTEL, et al.,<br><br>    Defendants. | Case No. 12-cv-06403-RS   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**<br><br>Re: Dkt. No. 28 |

A settlement conference was held on November 12, 2014 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff, John Richard Martinez Pro Se

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General, William Kwong

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X) The case has been completely settled.   A telephonic status conference is set for December 16, 2014 at 1:00 pm. Defense counsel should facilitate Plaintiff's telephonic appearance. The parties are instructed to dial 888-684-8852 to make their appearances.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 11/12/14

_____
NANDOR J. VADAS
United States Magistrate Judge

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RICHARD MARTINEZ,

    Plaintiff,

v.

G. PIMENTEL, et al.,

    Defendants.

Case No.  12-cv-06403-RS   (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/12/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Richard Martinez ID: J-52893
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: 11/12/2014

Richard W. Wieking
Clerk, United States District Court

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3