*E-Filed 12/1/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN R. MARTINEZ,                              No. C 12-6403 RS (PR)

           Plaintiff,                      **ORDER OF DISMISSAL**

     v.

G. PIMENTEL, et al.,

           Defendants.
_____/

     Pursuant to the parties' stipulation for voluntary dismissal <u>with prejudice</u> (Docket No. 32), this federal civil rights action is dismissed. *See* Fed. R. Civ. P. 41(a)(1). The Clerk shall enter judgment in favor of all defendants as to all claims, and close the file.

     **IT IS SO ORDERED**.

DATED: December 1, 2014

                                 RICHARD SEEBORG
                             United States District Judge

**United States District Court**
For the Northern District of California